NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JONATHAN PERIANA,  )
 )
      Appellant,  )
 )
v.  )    Case No. 2D18-4659
 )
STATE OF FLORIDA,  )
 )
      Appellee.  )
_____ )

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Jonathan Periana, pro se.



PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.